[879 NE2d 160, 849 NYS2d 21]

In the Matter of ROBERT M. RESTAINO.

Decided December 13, 2007

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Robert M. Restaino is suspended, with pay, effective immediately, from the office of Judge of the Niagara Falls City Court, Niagara County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and JONES. Taking no part: Judge PIGOTT.